USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 12/10/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRENDA ZIMMERMAN KETTER,

        Plaintiff,                    18 Civ. 8574 (RA) (GWG)

-v.-                                      ORDER

THE UNITED STATES OF AMERICA, et al.,

        Defendants.
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

Defendants have written a letter to the Court dated December 9, 2019, informing the Court that plaintiff cancelled her deposition at the last minute and also failed to fill out an authorization form that is required to obtain relevant medical records.

Unless plaintiff files a letter (by December 19, 2019) explaining why the records defendants seek are not relevant, she must sign the authorization form as soon as possible. She may wait until her deposition on December 16, 2019, to do so.

In addition, plaintiff <u>must appear at her deposition on December 16, 2019.</u> If a medical or other emergency prevents her attendance, she must inform defendants' counsel as soon as she becomes aware of the need to postpone the deposition. If plaintiff fails to appear at the deposition, she may be ordered to pay the costs of the court reporter's attendance at the deposition.

If plaintiff fails to comply with this Order or any future Order, she is warned that her case may be dismissed for failure to prosecute.

The defendants' request for an extension is granted. The following deadlines now apply to this case:

    (1) All non-expert discovery shall be completed by January 31, 2020;
    (2) Expert reports shall be sent to the other side by February 14, 2020;
    (3) Rebuttal expert reports shall be sent to the other side by February 21, 2020;
    (4) Summary judgment motions shall be filed by March 13, 2020.

SO ORDERED.

Dated: December 9, 2019
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge

Copy sent to:

Brenda Zimmerman Ketter
365 Edgecombe Avenue, Apt. 2N
New York, New York 10031

Counsel by ECF