UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BRENDA ZIMMERMAN KETTER,

              Plaintiff,                    18 Civ. 8574 (RA) (GWG)

   -v.-                                           ORDER

THE UNITED STATES OF AMERICA, et al.,

              Defendants.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       In its letter dated December 17, 2019 (Docket # 44), the Government has renewed its motion to dismiss this case for failure to prosecute. If plaintiff wishes to oppose this motion, she shall file her opposition on or before January 3, 2020. The Government may reply to any opposition by January 17, 2020.

       The plaintiff is warned that failing to file any papers opposing the motion may by itself be grounds for dismissing this case.

       The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

       SO ORDERED.

Dated: December 18, 2019
       New York, New York

                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge

Copy sent to:

Brenda Zimmerman Ketter
365 Edgecombe Avenue, Apt. 2N
New York, New York 10031