USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRENDA ZIMMERMAN KETTER,

                Plaintiff,              18 Civ. 8574 (MKV) (GWG)

  -v.-                             ORDER

THE UNITED STATES OF AMERICA, et al.,

                Defendants.
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       In its letter dated December 17, 2019 (Docket # 44), the Government renewed its motion to dismiss this case for failure to prosecute. In an order dated December 18, 2019 (Docket # 45), we instructed plaintiff that if she wished to oppose the motion to dismiss, she was required to file her opposition to the motion on or before January 3, 2020. The plaintiff was warned that failing to file any papers opposing the motion might itself be grounds for dismissing this case.

       No papers in opposition were filed by plaintiff. Nonetheless, the Court will give plaintiff one more chance to respond to the Government's motion to dismiss this case for failure to prosecute. Plaintiff shall file any papers opposing the motion by March 6, 2020. The Government may reply to any opposition by March 20, 2020. The plaintiff is once again warned that failing to file any papers opposing the motion may by itself be grounds for dismissing this case.

       The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures.

       SO ORDERED.

Dated: February 19, 2020
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy sent to:

Brenda Zimmerman Ketter
365 Edgecombe Avenue, Apt. 2N
New York, New York 10031