USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/7/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA ZIMMERMAN KETTER,

    Plaintiff,

-against-

THE UNITED STATES OF AMERICA, et. al.,

    Defendant.

1:18-cv-8574 (MKV) (GWG)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff, proceeding *pro se*, initiated this action in September 2018, alleging that the defendants are liable for injuries she suffered as the result of a medical procedure [ECF #2]. On July 1, 2021, Magistrate Judge Gorenstein issued a Report & Recommendation ("R&R"), recommending that the action be dismissed, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute [ECF #49]. The facts and procedural history are set forth in detail in Magistrate Judge Gorenstein's R&R.

    Where no timely objections are made, the Court may adopt the R&R "as long as there is no clear error on the face of the record." *Sacks v. Gandhi Eng'g, Inc.,* 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014). Neither party filed objections to Magistrate Judge Gorenstein's R&R, and the Court agrees with his analysis. Accordingly, the Report and Recommendation dated July 1, 2020 is ADOPTED in its entirety, and this case is DISMISSED, with prejudice, for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED.**

**Date: July 7, 2021**
**New York, NY**

                  */s/ Mary Kay Vyskocil*
                  **MARY KAY VYSKOCIL**
                  **United States District Judge**

1